# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN EUGENE MOORE III, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00363-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| CLEVELAND COUNTY SHERIFF OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2024 Order.

June 12, 2024

Katherine Hord Simon, Clerk
United States District Court